# JURISDICTIONS WHERE KRISTEN MONSELL IS ADMITTED TO PRACTICE AND YEAR OF ADMISSION

| Jurisdiction | Address | Year Admitted |
|---|---|---|
| Oregon State Bar | 16037 SW Upper Boones Ferry Rd Tigard, OR 97224 | 2009 |
| California State Bar | 180 Howard Street San Francisco, CA 94105 | 2015 |
| U.S. District Court for the District of Oregon | Mark O. Hatfield U.S. Courthouse 1000 S.W. Third Ave. Portland, OR 97204 | 2012 |
| U.S. District Court for the Central District of California | First Street U.S. Courthouse 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 | 2016 |
| U.S. District Court for the Northern District of California | Phillip Burton Federal Bldg. 450 Golden Gate Ave., Box 36060 San Francisco, CA 94102 | 2017 |
| U.S. Court of Appeals for the Ninth Circuit | James R. Browning Courthouse 95 Seventh Street San Francisco, CA 94103 | 2013 |
| U.S. Court of Appeals for the Fifth Circuit | 600 S. Maestri Place Suite 115 New Orleans, LA 70130 | 2018 |