```
Court Name: District of Alaska
Division: 3
Receipt Number: ANC016121
Cashier ID: ps
Transaction Date: 09/04/2019
Payer Name: Julie Teel Simmonds
------------------------------------
PRO HAC VICE
 For: Julie Teel Simmonds
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:         $150.00
PRO HAC VICE
 For: Kristen Monsell
 Case/Party: D-AKX-3-10-AT-000001-001
 Amount:         $150.00
------------------------------------
CREDIT CARD
 Amt Tendered:   $300.00
------------------------------------
Total Due:       $300.00
Total Tendered:  $300.00
Change Amt:      $0.00

3:19-cv-00238-HRH


A fee of $53.00 will be charged for
any returned check.
```