Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Hilcorp Alaska, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce; JIM BALSIGER, Regional Administrator of National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | No.: 3:19-cv-00238-JWS |

**MOTION TO INTERVENE BY HILCORP ALASKA, LLC**

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS    1

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, Hilcorp Alaska, LLC ("Hilcorp") respectfully requests leave to intervene as a defendant in this civil action, and to assert the defenses set forth in its accompanying proposed Answer. As set forth more fully in the accompanying Memorandum and the Declaration of Kevin Tabler in accordance with Rule 24(a):

1. This motion to intervene is timely;

2. Hilcorp has an interest relating to the transactions that are the subject of this action;

3. Hilcorp is so situated that disposition of this action may as a practical matter impede or impair its ability to protect its interests; and

4. Hilcorp's interests may not be adequately represented by existing parties.

Alternatively, in accordance with Rule 24(b), Hilcorp requests permissive intervention because its claims and defenses have questions of law and fact in common with those raised in this action and intervention will not unduly delay or prejudice the adjudication of the rights of the other parties.

Hilcorp's counsel has contacted counsel for the parties to this litigation regarding this motion. Federal Defendants take no position on Hilcorp's motion to intervene. Plaintiffs state that they "take no position on the motion until [they] see the papers filed with the Court."[1]

---

[1] Declaration of Ryan Steen, ¶ 2.

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS        2

Hilcorp respectfully requests that this Court enter the proposed order, filed with this motion, granting it leave to intervene in this action as of right.

DATED: September 18, 2019.

STOEL RIVES LLP

By: /s/ Ryan P. Steen
RYAN P. STEEN (Bar No. 0912084)
JASON T. MORGAN (Bar No. 1602010)
JAMES C. FELDMAN (Bar No. 1702003)

Attorneys for Hilcorp Alaska, LLC

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS    3

# CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:19-cv-00238-JWS who are registered CM/ECF users will be served by the CM/ECF system.

Julie Teel Simmonds - Email: jteelsimmonds@biologicaldiversity.org
Kassia Siegel - Email: ksiegel@biologicaldiversity.org
Kristen Monsell - Email: kmonsell@biologicaldiversity.org

> */s/ Ryan P. Steen*
> Ryan P. Steen

103604698.1 0066502-00011

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*