Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Hilcorp Alaska, LLC.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce; JIM BALSIGER, Regional Administrator of National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | No.: 3:19-cv-00238-JWS |

**DECLARATION OF KEVIN A. TABLER IN SUPPORT OF INTERVENTION**

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS           1

I, Kevin A. Tabler, hereby declare and affirm as follows:

1. I am the Land Manager at Hilcorp Alaska, LLC ("Hilcorp"). I make this declaration in support of Hilcorp's Motion to Intervene in the above-captioned litigation. I have personal knowledge of the matters stated below, and I am authorized and competent to make this declaration.

2. As Hilcorp's Land Manager, I manage Hilcorp's land and lease responsibilities, including contract negotiations with State and Federal agencies, landowners, working interest owners, and other third parties. I have worked in the oil and gas industry for approximately 40 years, 26 years as a Land Manager. I have been employed by Hilcorp since 2012.

3. Hilcorp is the largest privately held oil and natural gas operator in Alaska. Hilcorp has been operating in Alaska since 2011 and owns interests in and operates numerous oil and gas units and facilities located in both Cook Inlet and the North Slope. In addition to Hilcorp's Cook Inlet interests, Hilcorp's subsidiaries own and operate four major pipeline systems in Cook Inlet.

4. Alaska's Cook Inlet basin contains large oil and gas deposits that have been actively developed for over 60 years. Cook Inlet is a mature oil and gas field that reached peak oil production in 1970 and peak natural gas production in 1994. Decades of gradual oil production decline followed, reaching a low point in 2010. At the same time, natural gas reserves were projected to soon be insufficient to meet continued local utility

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS     2

demand. In the 8 years since Hilcorp began operations in the Cook Inlet and Kenai Peninsula, we have reversed declining oil and gas production and can now guarantee gas supplies to Southeast Alaska for a rolling 5-year period.

5. There are numerous oil and gas fields on the Kenai Peninsula and offshore Cook Inlet. This area has produced a cumulative total of over 1.3 billion barrels of oil and 7.75 trillion cubic feet of natural gas. During this period of production, 12,000 line miles of 2D seismic has been acquired and 20 3D seismic surveys have been carried out to identify oil and gas deposits to allow for efficient and effective development and production. These surveys, as well as related exploration and development activities, have been carried out coextensive with marine mammals that inhabit Cook Inlet, including Beluga whales.

6. Hilcorp has continued introducing improvements and efficiencies while investing over $1.8 billion in Alaska. Most recently, in 2017, Hilcorp invested $320 million in the Cook Inlet field, including drilling nine new oil wells, and has substantially increased its overall Cook Inlet crude oil production. Hilcorp has also invested substantial resources to acquire seismic and gradiometery data in Cook Inlet, utilizing the latest technical developments in the industry.

7. In June 2017, the Bureau of Ocean Energy Management ("BOEM") conducted a Cook Inlet Outer Continental Shelf ("OCS") lease sale, which resulted in 14 tracts (over 76,000 acres) being awarded to Hilcorp. An additional 6 tracts (over 26,000

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS            3

acres) were awarded to Hilcorp in a lease sale conducted by the State of Alaska. Hilcorp expended more than $4.6 million to acquire these leases.

8. After securing additional leases in Cook Inlet, and with the goal of exploring for and developing oil and gas resources on these lease tracts, Hilcorp petitioned NMFS for regulations that would allow for annual authorizations (called "letters of authorization," or "LOAs") to unintentionally and non-lethally "take" marine mammals as a result of sound exposure resulting from Hilcorp's oil and gas activities in Cook Inlet from May 2019 to April 2024. Such authorizations would allow Hilcorp to conduct its operations in full compliance with the Marine Mammal Protection Act ("MMPA"). In response to Hilcorp's petition, NMFS issued regulations on July 31, 2019.

9. Hilcorp has planned and permitted significant activities in Cook Inlet for 2019 and 2020. These activities include: (1) the acquisition of 3D seismic data over several OCS blocks; (2) drilling exploration wells in the Lower Cook Inlet and Upper Cook Inlet; (3) site survey work in preparation for drilling; (4) pipeline laying and ongoing maintenance of existing pipelines; (5) ongoing maintenance of offshore production facilities; and (6) preparation for onshore exploration in frontier areas around the Cook Inlet. These activities are necessary to locate and assess oil and gas deposits that may become prospects for development.

10. Hilcorp requested and, on July 31, 2019, was issued an LOA pursuant to the MMPA regulations described above. The LOA authorizes Hilcorp to unintentionally

and non-lethally "take" marine mammals incidental to its planned and permitted activities in Cook Inlet for 2019 and 2020. Consistent with the regulations, the LOA prescribes an extensive suite of mitigation and monitoring measures, including, for example, shutdowns for marine mammals sighted at certain distances, detailed marine mammal observation protocols and training, daily aircraft surveys for beluga whales, and comprehensive monitoring and reporting requirements. A true and correct copy of the LOA is attached to this declaration as Exhibit A.

11. On August 12, 2019, BOEM issued a permit (No. 19-01) authorizing Hilcorp to conduct 3D seismic acquisition in Cook Inlet in September and October 2019. Among other things, this permit requires Hilcorp and our contractor, Polarcus, to comply with the terms of NMFS's LOA and biological opinion. A true and correct copy of the BOEM permit is attached as Exhibit B.

12. Hilcorp contracted the seismic survey vessel *Polarcus Alima* to conduct the seismic survey described above. The *Polarcus Alima* began surveying activities in Cook Inlet on September 11, 2019, and the survey is expected to continue until approximately October 15, 2019. Unintentional marine mammal "take" that may occur as a result of the sound produced during this survey is authorized by the LOA.

13. Hilcorp has expended substantial resources (1) to obtain the MMPA regulations, the LOA, and the BOEM permit described above, and (2) in preparation for

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

the above-described 2019-20 Cook Inlet activities, including contracting the *Polarcus Alima*.

14. Hilcorp has a significant and direct stake in this litigation. If Plaintiffs are successful in this litigation, Hilcorp will be substantially harmed. If, for example, Hilcorp were to lose its MMPA incidental take coverage, it will be unable to conduct its planned exploration activities in Cook Inlet in at least 2019 and 2020. As described above, Hilcorp has planned those activities at substantial expense. Delays in Hilcorp's ability to explore its leases, as a result of any success by the Plaintiffs in this litigation, could also jeopardize Hilcorp's rights to develop those leases, which were acquired at substantial expense. Additionally, success by the Plaintiffs in this litigation would create great uncertainty for future exploration programs in Cook Inlet and impair Hilcorp's ability to plan and permit future exploration or development projects in Cook Inlet. Should the Plaintiffs' prevail, Hilcorp will also likely suffer harm in the form of costs associated with delayed and deferred production of oil and gas.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information and belief.

DATED: September 18, 2019.

_____
Kevin A. Tabler

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS        6

Case 3:19-cv-00238-SLG   Document 17   Filed 09/18/19   Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:19-cv-000238-JWS who are registered CM/ECF users will be served by the CM/ECF system.

Julie Teel Simmonds - Email: jteelsimmonds@biologicaldiversity.org
Kassia Siegel - Email: ksiegel@biologicaldiversity.org
Kristen Monsell - Email: kmonsell@biologicaldiversity.org

                                           */s/ Ryan P. Steen*
                                           Ryan P. Steen

103601002.2 0066502-00011

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Cook Inletkeeper, et al. v. Ross, et al.*
Case No. 3:19-cv-00238-JWS             7