Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

Attorneys for Hilcorp Alaska, LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce; JIM BALSIGER, Regional Administrator of National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE,<br><br>Defendants. | No.: 3:19-cv-00238-JWS |

**HILCORP ALASKA, LLC'S CORPORATE DISCLOSURE STATEMENT**

Case No. 3:19-cv-00238-JWS, *Cook Inletkeeper, et al. v. Ross, et al.*
Corporate Disclosure Statement

1

Pursuant to Federal Rule of Civil Procedure 7.1, proposed Intervenor-Defendant Hilcorp Alaska, LLC states that it is not a publicly traded company and no publicly traded company owns an interest in Hilcorp Alaska, LLC.

DATED: September 18, 2019.

STOEL RIVES LLP

By: /s/ Ryan P. Steen
RYAN P. STEEN (Bar No. 0912084)
JASON T. MORGAN (Bar No. 1602010)
JAMES C. FELDMAN (Bar No. 1702003)

Attorneys for Hilcorp Alaska, LLC

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2019, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in this Case No. 3:19-cv-00238-JWS who are registered CM/ECF users will be served by the CM/ECF system.

Julie Teel Simmonds - Email: jteelsimmonds@biologicaldiversity.org
Kassia Siegel - Email: ksiegel@biologicaldiversity.org
Kristen Monsell - Email: kmonsell@biologicaldiversity.org

>  */s/ Ryan P. Steen*
>  Ryan P. Steen

103604804.1 0066502-00011

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

Case No. 3:19-cv-00238-JWS, *Cook Inletkeeper, et al. v. Ross, et al.*
Certificate of Service - Corporate Disclosure Statement