Kassia Siegel (AK Bar No. 0106044)
Julie Teel Simmonds, *Pro Hac Vice*
Kristen Monsell, *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and*
*Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, *et al*., <br><br> Defendants. | Case No. 3:19-cv-00238-SLG |

## PLAINTIFFS' STATEMENT OF NON-OPPOSITION
## TO HILCORP ALASKA, LLC'S MOTION TO INTERVENE

Plaintiffs Cook Inletkeeper and Center for Biological Diversity submit this Non-

Opposition to the Motion to Intervene that Hilcorp Alaska, LLC ("Hilcorp") submitted on

September 18, 2019 in the-above captioned case (ECF No. 15). However, Plaintiffs

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG

1

respectfully request that if the Court grants Hilcorp's motion, it apply reasonable

conditions on Hilcorp's participation to ensure the efficient resolution of this case.

Specifically, Plaintiffs request that the Court (1) require Hilcorp to abide by any briefing

and case management schedules the Court establishes; and (2) limit the number of pages

allowed for all memoranda Hilcorp files to that allowed for replies under D. Ak. L.R.

7.4(a)(1), (2). These limitations would conserve judicial resources by minimizing

redundant participation and facilitating the expeditious resolution of this case.

Placing conditions on the participation of intervenors for reasons of judicial

efficiency is "a firmly established principle" in federal courts. *Beauregard, Inc. v. Sword

Servs., LLC*, 107 F.3d 351, 352-53 (5th Cir. 1997). This principle applies whether an

intervenor is granted intervention of right under Rule 24(a) or permissive intervention

under Rule 24(b) of the Federal Rules of Civil Procedure.

As the Supreme Court has acknowledged and the Advisory Committee Note for

Rule 24 states, "intervention of right under the amended rule [24(a)] may be subject to

appropriate conditions or restrictions responsive among other things to the requirements

of efficient conduct of the proceedings." *Stringfellow v. Concerned Neighbors in Action*,

480 U.S. 370, 383 n.2 (1987) (Brennan, J., concurring) (quoting Fed. R. Civ. P. 24(a),

1966 Advisory Committee Note); *see also Fund for Animals v. Norton*, 322 F.3d 728,

737 n.11 (D.C. Cir. 2003) (citing the Advisory Committee Note to support district court's

authority to limit participation of intervenor of right).

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG

2

Case 3:19-cv-00238-SLG   Document 21   Filed 10/02/19   Page 2 of 4

Similarly, the Court has broad discretion to place limits on permissive intervention to, for example, "avoid delay" and "remain focused on the issues raised by plaintiffs' complaint." *Pebble L.P. v. U.S. EPA*, No. 3:14-CV-0097-HRH, 2014 U.S. Dist. LEXIS 189665, *8 (D. Alaska Aug. 19, 2014); *see also Dep't of Fair Empl. & Hous. v. Lucent Techs., Inc.*, 642 F.3d 728, 741 (9th Cir. 2011); *Beauregard*, 107 F.3d at 352-53.

In *Ctr. for Biological Diversity v. Zinke*, this Court required intervenor-defendants to "comply with any briefing schedule and case management plan that the court may issue." *Ctr. for Biological Diversity v. Zinke*, No. 3:17-cv-00091-JWS, 2017 U.S. Dist. LEXIS 118899, *10 (D. Alaska July 28, 2017); *see also Pebble L.P.,* 2014 U.S. Dist. LEXIS 189665 at *8 (granting intervention subject to several conditions, including adherence to motion practice schedule in place and coordination of briefing); *Alaska v. Lubchenco*, No. 3:10-cv-00271-TMB, 2011 U.S. Dist. LEXIS 161418, *16-17 (D. Alaska Mar. 9, 2011) (same); Order at 10, *Tongass Conserv. Soc'y v. U.S. Forest Serv.*, No. 3:10-cv-00006-TMB (D. Alaska June 22, 2010), ECF No. 152  (instructing intervenor "not to replicate, duplicate, restate, paraphrase, or otherwise reiterate arguments or positions advanced" by the existing parties and limiting intervenor's motions and memoranda "to the number of pages allowed for replies.").

Plaintiffs' requested conditions will allow Hilcorp to participate in this case while also promoting the efficient resolution of this case.

Therefore, should the Court grant Hilcorp's Motion to Intervene, Plaintiffs respectfully request that the Court adopt the conditions listed above.

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG

3

Case 3:19-cv-00238-SLG   Document 21   Filed 10/02/19   Page 3 of 4

Respectfully submitted this 2nd day of October 2019,

> JULIE TEEL SIMMONDS
> CENTER FOR BIOLOGICAL DIVERSITY
> *Attorney for Plaintiffs Cook Inletkeeper*
> *and Center for Biological Diversity*
>
> By: *s/ Julie Teel Simmonds*
> Julie Teel Simmonds, *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2019, I electronically filed the foregoing

PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE

along with the PROPOSED ORDER with the Clerk of the Court using the CM/ECF system,

which will automatically serve the documents upon counsel of record for Hilcorp. In

addition, I served a copy of the foregoing documents by regular U.S. mail on the following

attorneys representing the federal Defendants in this case:

> John Martin
> Jacqueline Brown
> U.S. Department of Justice
> Environment & Natural Resources Division
> 999 18th Street, South Terrace, Suite 370
> Denver, CO 80202

> JULIE TEEL SIMMONDS
> CENTER FOR BIOLOGICAL DIVERSITY
> *Attorney for Plaintiffs Cook Inletkeeper*
> *and Center for Biological Diversity*
>
> By: *s/ Julie Teel Simmonds*
> Julie Teel Simmonds, *Pro Hac Vice*

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG
4

Case 3:19-cv-00238-SLG   Document 21   Filed 10/02/19   Page 4 of 4