IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>WILBUR ROSS, *et al*.,<br><br>　　　　Defendants. | Case No. 3:19-cv-00238-SLG |

## ORDER

This matter comes before the Court on Hilcorp Alaska LLC's Motion to Intervene (Docket 15). Having reviewed the Motion, Plaintiffs' Response, and Hilcorp's Reply, the Court GRANTS the Motion. The Court declines to adopt Plaintiffs' proposed page limitations for Hilcorp. Hilcorp is directed to file its Answer within 5 days of the date of this order.

IT IS SO ORDERED.

Dated: October 10, 2019

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　SHARON L. GLEASON
　　　　　　　　　　　　　　　　　　United States District Judge

*Cook Inletkeeper, et al. v. Ross, et al.*
Order
Case No. 3:19-cv-00238-SLG
1
Case 3:19-cv-00238-SLG   Document 23   Filed 10/10/19   Page 1 of 1