Kassia Siegel (AK Bar # 0106044)
Julie Teel Simmonds (*Pro Hac Vice*)
Kristen Monsell (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br><br> v. <br><br> WILBUR ROSS, Secretary of Commerce; JAMES BALSIGER, Regional Administrator of National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE, <br><br> *Defendants*. | Civil Action No. 3:19-cv-00238-SLG <br><br> **AFFIDAVIT OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER INITIAL DOCUMENTS** |

I, the undersigned counsel of record for Plaintiffs Cook Inletkeeper and the

Center for Biological Diversity, certify that on September 17, 2019, I served copies of

the Summonses (Exhibit A) and a copy of the Complaint in this matter pursuant to Rule

4(i) of the Federal Rules of Civil Procedure via first-class certified U.S. mail, return receipt requested to the following:

Civil Process Clerk
U.S. Attorney's Office
222 West 7th Ave., Rm 253, #9
Anchorage, AK 99513

Wilbur Ross, Secretary
U.S. Department of Commerce
1401 Constitution Ave. NW
Washington, D.C. 20230

James Balsiger, Regional Administrator
National Marine Fisheries Service
P.O. Box 21668
Juneau, AK 99802-1668

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

National Marine Fisheries Service
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

Defendants received the documents on the dates indicated on the copies of the return receipts (attached hereto as Exhibit B). Along with the Summons and Complaint, I certify that I served copies of the following documents on each of the Defendants listed above:

1. Corporate Disclosure Statement;

2. Application for Leave To Appear *Pro Hac Vice* & attachments, J. Teel Simmonds;

3. Application for Leave To Appear *Pro Hac Vice* & attachments, K. Monsell;

4. Motion to Correct Defendant's Name & Proposed Order; and

5. Motion for Issuance of Corrected Summons & Proposed Order.

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this 10th day of October, 2019.

                                          JULIE TEEL SIMMONDS
                                          CENTER FOR BIOLOGICAL DIVERSITY
*Attorney for Plaintiffs Cook Inletkeeper
and Center for Biological Diversity*

By: *s/ Julie Teel Simmonds*
Julie Teel Simmonds, *Pro Hac Vice*

*Cook Inletkeeper, et al., v. Ross, et al.*
Affidavit of Service
Case No. 3:19-cv-00238-SLG       3