## EXHIBIT B

RETURN RECEIPTS

Civil Action No. 3:19-cv-00238-SLG

## Receipt 1 (top-left)

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

JUNEAU, AK 99802    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.50 | 0135 21 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $2.20 $8.50 | 09/17/2019 |

Sent To: Jim Balsiger, NMFS Regional Admin.
P.O. Box 21668
Juneau, AK 99802-1668

7004 0750 0000 1076 8791

PS Form 3800, June 2002    See Reverse for Instructions

## Receipt 2 (top-right)

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

SILVER SPRING, MD 20910    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.50 | 0135 21 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $2.20 $8.50 | 09/17/2019 |

Sent To: National Marine Fisheries Service
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

7008 1830 0004 3612 8775

PS Form 3800, August 2006    See Reverse for Instructions

## Receipt 3 (middle-left)

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20230    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.50 | 0135 21 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $2.20 $8.50 | 09/17/2019 |

Sent To: Wilbur Ross, Secretary of Commerce
1401 Constitution Ave. NW
Washington, D.C. 20230

7008 1830 0004 3612 8683

PS Form 3800, August 2006    See Reverse for Instructions

## Receipt 4 (middle-right)

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON, DC 20530    OFFICIAL USE

| | | |
|---|---|---|
| Postage | $3.50 | 0135 21 |
| Certified Fee | $2.80 | |
| Return Receipt Fee (Endorsement Required) | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $2.20 $8.50 | 09/17/2019 |

Sent To: Attorney General, U.S. Dep't of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

7006 0810 0003 3255 4167

PS Form 3800, June 2002    See Reverse for Instructions

## Priority Mail Express Label (bottom)

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (619) 990-2099
Julie Simmonds
Center for Biological Diversity
1536 Wynkoop St ste 421
Denver, CO 80202

**PAYMENT BY ACCOUNT** (if applicable)

**DELIVERY OPTIONS** (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE (907) 271-3224
Civil Process Clerk
U.S. Attorney's office
222 West 7th Ave, Rm 253
Anchorage, AK #9

ZIP + 4® (U.S. ADDRESSES ONLY)
99513

EL 420507755 US

**PRIORITY MAIL EXPRESS™**
UNITED STATES POSTAL SERVICE®

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☒ 2-Day  ☐ Military  ☐ DPO
PO ZIP Code: 80305
Scheduled Delivery Date (MM/DD/YY): 9/19/19
Postage: $25.50
Date Accepted (MM/DD/YY): 9/17/19
Scheduled Delivery Time: ☐ 10:30 AM  ☒ 3:00 PM  ☐ 12 NOON
Time Accepted: 4:16 PM
10:30 AM Delivery Fee:
Return Receipt Fee: $2.80
Weight: Flat Rate
Sunday/Holiday Premium Fee:
Total Postage & Fees: $28.30
Acceptance Employee Initials: DM

# USPS Tracking®

FAQs >

Track Another Package +

**Tracking Number:** 70060810000332554167

Remove ✕

Your item was delivered at 4:46 am on September 23, 2019 in WASHINGTON, DC 20530.

## ✓ Delivered

September 23, 2019 at 4:46 am
Delivered
WASHINGTON, DC 20530

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

**Track Another Package +**

**Tracking Number:** 70040550000010760791

Remove ✕

Your item was delivered at 9:38 am on September 23, 2019 in JUNEAU, AK 99801.

## ✓ Delivered

September 23, 2019 at 9:38 am
Delivered
JUNEAU, AK 99801

Get Updates ⌄

Feedback

---

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70081830000436128775

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 5:08 pm on September 20, 2019 in SILVER SPRING, MD 20910.

## ✓ Delivered

September 20, 2019 at 5:08 pm
Delivered, Front Desk/Reception/Mail Room
SILVER SPRING, MD 20910

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

**Track Another Package +**

**Tracking Number:** 70081830000436128683

Remove ✕

Your item was delivered to an individual at the address at 11:18 am on September 20, 2019 in WASHINGTON, DC 20230.

## ✓ Delivered

September 20, 2019 at 11:18 am
Delivered, Left with Individual
WASHINGTON, DC 20230

Get Updates ⌄

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

Track Another Package +

Tracking Number: EL420507755US

Remove ✕

Scheduled Delivery by

**THURSDAY**
**19** SEPTEMBER 2019 ⓘ | **by 3:00pm** ⓘ

## ✓ Delivered

September 20, 2019 at 11:32 am
Delivered
ANCHORAGE, AK 99501

Get Updates ⌄

Feedback

Text & Email Updates ⌄

Proof of Delivery ⌄

Tracking History ⌄

Product Information ⌄

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback