# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>               Plaintiffs,<br><br>     v.<br><br>WILBUR ROSS, *et al.*,<br><br>               Defendants,<br><br><br>HILCORP ALASKA, LLC,<br><br>               Intervenor. | Case No. 3:19-cv-00238-SLG |

## ADMINISTRATIVE APPEAL SCHEDULING ORDER

1. Unless otherwise ordered, the provisions of Local Civil Rule 16.3 shall apply to this case.
2. The parties may jointly submit a proposed revised scheduling order to the extent that may be warranted by the complexity of a particular case.

DATED this 22nd day of October, 2019 at Anchorage, Alaska.

                                                                  */s/ Sharon L. Gleason*
                                                                  UNITED STATES DISTRICT JUDGE