Kassia Siegel (AK Bar No. 0106044)
Julie Teel Simmonds, *Pro Hac Vice*
Kristen Monsell, *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>      Plaintiffs,<br><br>  v.<br><br>WILBUR ROSS, *et al.*,<br><br>      Defendants. | Case No. 3:19-cv-00238-SLG |

**PLAINTIFFS' STATEMENT OF NON-OPPOSITION**

**TO MOTION TO INTERVENE BY STATE OF ALASKA**

Plaintiffs Cook Inletkeeper and Center for Biological Diversity submit this Non-

Opposition to the Motion to Intervene submitted on November 13, 2019 by the State of

Alaska in the above-captioned case. (Dkt. No. 31). While the State of Alaska mentions

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG

1

Case 3:19-cv-00238-SLG   Document 36   Filed 11/27/19   Page 1 of 3

"several other motions to intervene" (Dkt. 31 at 8) and discusses the inadequacy of representation by existing Defendants including "the Associations and Hilcorp Alaska" (Dkt. 31 at 15, 16), Plaintiffs are only aware of one previous motion to intervene in this case, that submitted by Hilcorp Alaska and granted by this Court. Should additional motions to intervene be filed following the instant one by the State of Alaska, Plaintiffs will request that the Court apply reasonable conditions on those proposed intervenors' participation to ensure the efficient resolution of this case.

Respectfully submitted this 27th day of November 2019,

By: *s/ Julie Teel Simmonds*
Julie Teel Simmonds, *Pro Hac Vice*

*Attorney for Plaintiffs Cook Inletkeeper
and Center for Biological Diversity*

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG

2

Case 3:19-cv-00238-SLG   Document 36   Filed 11/27/19   Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2019, I electronically filed the foregoing PLAINTIFFS' STATEMENT OF NON-OPPOSITION TO MOTION TO INTERVENE with the Clerk of the Court using the CM/ECF system, which will automatically serve the documents upon counsel of record.

By: *s/ Julie Teel Simmonds*
Julie Teel Simmonds, *Pro Hac Vice*

*Attorney for Plaintiffs Cook Inletkeeper
and Center for Biological Diversity*

*Cook Inletkeeper, et al. v. Ross, et al.*
Plaintiffs' Statement of Non-Opposition to Motion to Intervene
Case No. 3:19-cv-00238-SLG
3
Case 3:19-cv-00238-SLG   Document 36   Filed 11/27/19   Page 3 of 3