# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, *et al.*, <br><br> Defendants. | Case No. 3:19-cv-00238-SLG |

## ORDER RE MOTION TO INTERVENE

Before the Court at Docket 31 is Movant State of Alaska's Motion to Intervene. At Docket 36, Plaintiffs filed a non-opposition to the motion.

Good cause being shown, IT IS ORDERED that the State of Alaska's Motion to Intervene at Docket 31 is GRANTED.

IT IS FURTHER ORDERED that the State and Hilcorp shall each file their briefs no later than **14 days** following the filing of Defendant's brief in opposition. Plaintiffs' reply shall be due **14 days** following the filing of Intervenors' briefs.

DATED this 9th day of December, 2019 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE