JACQUELINE C. BROWN
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
jacqueline.c.brown@usdoj.gov
Tel: (202) 305-0481

JOHN H. MARTIN
Trial Attorney, Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383

*Of counsel:*
JOHN FONSTAD, Assistant U.S. Attorney
District of Alaska

*Attorneys for Federal Defendants*
*Add'l counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER et al., <br> Plaintiffs, <br><br> v. <br><br> WILBUR ROSS, Secretary of Commerce, et al. <br> Defendants, <br> and <br><br> HILCORP ALASKA, LLC, et al. <br> Intervenor-Defendants | Case No. 3:19-cv-00238-SLG |

**STIPULATED MOTION FOR REVISED SCHEDULING ORDER**

The parties – Plaintiffs Cook Inletkeeper and Center for Biological Diversity; Federal Defendants Wilbur Ross and James Balsiger, in their official capacities, and the National Marine Fisheries Service; and Intervenor-Defendants Hilcorp Alaska LLC and the State of Alaska – hereby jointly submit this motion respectfully requesting that the Court revise the Administrative Appeal Scheduling Order in two specific respects as described below. In support of this request the parties state as follows:

1. On October 22, 2019, the Court entered an Administrative Appeal Scheduling Order directing that the provisions of Local Rule 16.3 apply to this case, subject to further revisions as the parties might propose as warranted by the complexity of the case. Dkt. 29. On December 9, 2019, the Court entered an Order further directing that Intervenor-Defendants Hilcorp Alaska LLC and State of Alaska shall each file briefs no later than 14 days following the filing of Federal Defendants' brief in opposition to Plaintiffs' opening brief. Dkt. 37.

2. By operation of Local Rule 16.3(b), Federal Defendants must serve and file the agency administrative record not later than January 21, 2020. Federal Defendants propose to extend that deadline and file the administrative record not later than February 7, 2020. Federal Defendants request this 17-day extension because of the limited availability, due to programmatic responsibilities and personal obligations, of key members of the program staff with knowledge about the records at issue, as well as the need to coordinate between agency offices about the contents of the record. Plaintiffs and Intervenor-Defendants do not oppose this request.

3. On December 16, 2019, undersigned counsel for the parties conferred about Federal Defendants' extension request and other scheduling matters. Counsel agreed to reconvene after Federal Defendants serve and file the administrative record, to evaluate whether to submit a proposed revised scheduling order as provided for in the Court's Administrative Appeal Scheduling Order of October 22, 2019 (Dkt. 29). In the event that circumstances necessitate revisions to this schedule, the parties will confer and jointly propose a revised schedule for the Court's review and approval, or otherwise seek amendment upon a showing of good cause.

4. The Court's Order re: Motion to Intervene of December 9, 2019 provides that Intervenor-Defendants shall file their briefs 14 days after Federal Defendants file their opposition brief. Dkt. No. 37. It also states that Plaintiffs shall file their reply 14 days following the filing of Intervenors' briefs. *Id.* The parties read this Order as directing Plaintiffs to file a single consolidated reply brief. Given this interpretation, Plaintiffs would like to enlarge the page limit for their consolidated reply by eight pages, in addition to the 20-page default limit provided by Local Rule 7.4(a)(1). Federal Defendants and Intervenor-Defendants do not oppose this request.

5. Having met and conferred regarding the two foregoing specific requests to revise the current scheduling order, the parties hereby agree to the following:

    A. Federal Defendants must serve and file the administrative record not later than February 7, 2020.

B. Plaintiffs' consolidated reply brief in support of a motion for summary judgment must not exceed 28 pages.

C. The provisions of the Administrative Appeal Scheduling Order, as amended, shall apply in all other respects.

Accordingly, the parties respectfully request that the Court enter an order granting the proposed revised Administrative Appeal Scheduling Order.

Dated this 20th day of December, 2019.

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Jacqueline Brown*
JACQUELINE C. BROWN
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
jacqueline.c.brown@usdoj.gov
Tel: (202) 305-0481
Fax: (202) 305-0506

*/s/ John H. Martin*
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

*Of Counsel:*
JOHN FONSTAD

Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*


 */s/ James C. Feldman*
RYAN P. STEEN (AK Bar No. 0912084)
JASON T. MORGAN (AK Bar No. 1602010)
JAMES C. FELDMAN (AK Bar No. 1702003)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Ryan.Steen@stoel.com
Jason.Morgan@stoel.com
James.Feldman@stoel.com
Telephone: 206.624.0900
Fax: 206.386.7500

*Attorneys for Intervenor-Defendant Hilcorp Alaska, LLC*


KEVIN G. CLARKSON
ATTORNEY GENERAL

*/s/ Cheryl Rawls Brooking*
Cheryl Rawls Brooking (Alaska Bar No. 9211069)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorneys for the State of Alaska*

    */s/ Julie Teel Simmonds*
    KASSIA SIEGEL (AK Bar # 0106044)
    JULIE TEEL SIMMONDS (*Pro Hac Vice*)
    KRISTEN MONSELL (*Pro Hac Vice*)
    Center for Biological Diversity
    1212 Broadway, Suite 800
    Oakland, CA 94612
    ksiegel@biologicaldiversity.org
    kmonsell@biologicaldiversity.org
    jteelsimmonds@biologicaldiversity.org
    Tel: (510) 844-7100
    Fax: (510) 844-7150

    *Attorneys for Plaintiffs Cook Inletkeeper and*
    *Center for Biological Diversity*

## CERTIFICATE OF SERVICE

    I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: December 20, 2019                */s/ John H. Martin*

*Cook Inletkeeper v. Ross*
No. 3:19-cv-00238-SLG Case 3:19-cv-00238-SLG Document 38 Filed 12/20/19 Page 6 of 6