Kassia Siegel (AK Bar No. 0106044)
Julie Teel Simmonds, *Pro Hac Vice*
Kristen Monsell, *Pro Hac Vice*
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and
Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, *et al.*,<br><br>Defendants,<br><br>and<br><br>HILCORP ALASKA, LLC, *et al.*,<br><br>Intervenor-Defendants | Case No. 3:19-cv-00238-SLG |

**STIPULATED MOTION FOR REVISED SCHEDULING ORDER**

The parties – Plaintiffs Cook Inletkeeper and Center for Biological Diversity; Federal Defendants Wilbur Ross and James Balsiger, in their official capacities, and the National Marine Fisheries Service ("NMFS"); and Intervenor-Defendants Hilcorp Alaska, LLC and the State of Alaska – hereby jointly submit this motion respectfully requesting that the Court revise the Administrative Appeal Scheduling Order as described below. In support of this request the parties state as follows:

1. On December 23, 2019, the Court entered an Order re Stipulated Motion for Revised Scheduling Order granting Federal Defendants' request for a deadline of February 7 to lodge and serve the administrative record. The Order stated that the provisions of the Administrative Appeal Scheduling Order shall apply in all other respects related to calendaring. Dkt. 29.

2. Federal Defendants lodged and served the administrative record by the February 7, 2020 deadline. Any motion to supplement the administrative record is presently due no later than February 28, 2020.

3. Under the Administrative Appeal Scheduling Order, and barring any additional delay due to motions related to the contents of the administrative record, Plaintiffs' opening brief is currently due no later than March 9, 2020.

4. On January 28, 2020, NMFS issued a report titled "Aerial Surveys, Distribution, Abundance, and Trend of Belugas (*Delphinapterus Leucas*) in Cook Inlet, Alaska, June 2018," dated December 2019. ("NMFS Report")

5. On January 31, 2020, Plaintiffs emailed and mailed a sixty-day notice of intent to sue to Federal Defendants pursuant to 16 U.S.C. § 1540(g) alleging violations of section 7 of the Endangered Species Act, 16 U.S.C. § 1536, in connection with Federal Defendants' letter of authorization and regulations authorizing Hilcorp Alaska, LLC to take marine mammals incidental to its oil and gas operations in Cook Inlet over a five-year period. (Exhibit 1, sixty-day notice letter and NMFS Report).

6. Plaintiffs intend to file a motion for leave to supplement their Complaint with this new ESA claim and other unspecified potential claims based on the NMFS Report after this sixty-day period has lapsed.

7. Federal Defendants are reviewing the issues raised by Plaintiffs' sixty-day notice of intent to sue, including the NMFS Report. Federal Defendants are likely to supplement their administrative record(s) with documents prepared in response to these new developments.

8. On February 5, 2020, undersigned counsel for the parties conferred about these developments and related scheduling matters.

9. Having met and conferred regarding these issues, the parties hereby agree to the following:

    A. Plaintiffs will file a motion for leave to file a supplemental Complaint within two days of the expiration of the sixty-day notice period. Federal Defendants and Intervenor-Defendants reserve their rights to oppose Plaintiffs' motion for leave to file a supplemental Complaint.

*Cook Inletkeeper, et al. v. Ross, et al.*
Stipulated Motion for Revised Scheduling Order
Case No. 3:19-cv-00238-SLG

B. If the Court grants Plaintiffs' motion for leave to file a supplemental Complaint, Defendants will file their Answers to the supplemental Complaint within 14 days of this Court's Order.

C. Federal Defendants will supplement their administrative record, if at all, not later than 21 days of this Court's Order on a supplemental Complaint. Any motion to supplement the agency record must be filed not later than 14 days after Federal Defendants file their certified list of the contents of the agency record, as supplemented, with the Court. Federal Defendants agree that any such motion can extend to the entirety of the record so long as Plaintiffs have not previously moved to supplement the record lodged on February 7, 2020.

D. Plaintiffs will file their Opening Brief within 21 days after Federal Defendants file their certified list of the contents of the agency record, as supplemented, with the Court, or 21 days after the Court's ruling on a motion to supplement the agency record, whichever is later.

E. The provisions of the Administrative Appeal Scheduling Order, as amended, shall apply in all other respects.

Accordingly, the parties respectfully request that the Court enter an order granting the proposed revised Scheduling Order.

Dated this 15th day of February, 2020.

Respectfully submitted,

*/s/ Julie Teel Simmonds*
KASSIA SIEGEL (AK Bar # 0106044)
JULIE TEEL SIMMONDS (*Pro Hac Vice*)
KRISTEN MONSELL (*Pro Hac Vice*)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org
Tel: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Jacqueline Brown*
JACQUELINE C. BROWN
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
jacqueline.c.brown@usdoj.gov
Tel: (202) 305-0481
Fax: (202) 305-0506

*/s/ John H. Martin*
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

*Cook Inletkeeper, et al. v. Ross, et al.*
Stipulated Motion for Revised Scheduling Order
Case No. 3:19-cv-00238-SLG

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*


 */s/ James C. Feldman*
RYAN P. STEEN (AK Bar No. 0912084)
JASON T. MORGAN (AK Bar No. 1602010)
JAMES C. FELDMAN (AK Bar No. 1702003)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Ryan.Steen@stoel.com
Jason.Morgan@stoel.com
James.Feldman@stoel.com
Telephone: 206.624.0900
Fax: 206.386.7500


*Attorneys for Intervenor-Defendant Hilcorp Alaska, LLC*

KEVIN G. CLARKSON
ATTORNEY GENERAL

*/s/ Cheryl Rawls Brooking*
Cheryl Rawls Brooking (Alaska Bar No. 9211069)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-5232

*Cook Inletkeeper, et al. v. Ross, et al.*
Stipulated Motion for Revised Scheduling Order
Case No. 3:19-cv-00238-SLG

6

Facsimile: (907) 276-3697
Email: cheryl.brooking@alaska.gov

*Attorneys for the State of Alaska*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated:  February 15, 2020          */s/ Julie Teel Simmonds*

*Cook Inletkeeper, et al. v. Ross, et al.*
Stipulated Motion for Revised Scheduling Order
Case No. 3:19-cv-00238-SLG

7