EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239

JOHN H. MARTIN
Trial Attorney, Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383

*Of counsel:*
JOHN FONSTAD, Assistant U.S. Attorney
District of Alaska

*Attorneys for Federal Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER et al.,<br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>WILBUR ROSS, Secretary of Commerce, et al.<br>　　　Defendants,<br>　　and<br><br>HILCORP ALASKA, LLC, et al.<br>　　　Intervenor-Defendants | Case No. 3:19-cv-00238-SLG |

## FEDERAL DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF SUPPLEMENTAL ADMINISTRATIVE RECORD

PLEASE TAKE NOTICE that Federal Defendants Wilbur Ross and James Balsiger, in their official capacities, and the National Marine Fisheries Service, by and through undersigned counsel, hereby file their Supplemental Administrative Records in the above-captioned matter. The conventionally filed materials are being served upon counsel of record with their consent via an online file sharing service known as the Justice Enterprise File Sharing (JEFS) system. Federal Defendants will lodge the conventionally filed materials on USB flash drives with the Clerk of Court when normal agency and court operations resume. A certified list of the contents of the agency records are attached hereto.

Respectfully submitted this 6th day of July, 2020.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ John H. Martin*
JOHN H. MARTIN (Colo. Bar 32667)
Trial Attorney, Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239
Fax: (202) 305-0506

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing notice to be served upon counsel of record through the Court's electronic service system. The conventionally filed materials are being served upon counsel of record via an online file sharing service known as the Justice Enterprise File Sharing (JEFS) system.

Dated: July 6, 2020            */s/ John H. Martin*