Kassia Siegel (AK Bar # 0106044)
Julie Teel Simmonds (*Pro Hac Vice*)
Kristen Monsell (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER, et al.,

    *Plaintiffs*,

  v.

WILBUR ROSS, et al.,

    *Defendants*,

  and

HILCORP ALASKA, LLC, et al.,

    *Intervenor-Defendants.*

Civil Action No. 3:19-cv-00238-SLG

### DECLARATION OF ROBERT WILLIAM SHAVELSON, JR

I, Robert William Shavelson, Jr., declare as follows:

1. I have personal knowledge of all the facts set forth below, and if called as a witness, I could and would testify competently to them. Expressions of opinion reflect my own personal opinions and judgment.

2. I am a resident of Homer, Alaska. I hold a B.A. in Biology from Boston University and a J.D. from the University of Oregon, with certificates in Natural Resources Law and Ocean and Coastal Law.

3. I am the Advocacy Director at Cook Inletkeeper. I have worked for Cook Inletkeeper for 25 years. In my current role, I am responsible for leading the policy and advocacy efforts of the organization. Previously, I was the Executive Director of Cook Inletkeeper, and I was responsible for managing the policy, personnel, finances, and fundraising of the organization. I am familiar with the organization, membership, policies, and practices of Cook Inletkeeper.

4. Cook Inletkeeper is a 501(c)(3) nonprofit organization funded by grants, membership dues, and event proceeds. The organization's headquarters is located in Homer, Alaska, with a field office located in Soldotna.

5. The mission of Cook Inletkeeper is to protect Alaska's Cook Inlet watershed and the life it sustains. The organization applies a holistic lens to the connections between the health of the watershed and ecological, economic, and human health. Cook Inletkeeper was formed in 1995 by Alaskans concerned about rapid ecological changes and gaps in environmental protection in the Cook Inlet watershed.

6. Cook Inletkeeper is a membership organization. Members rely on Cook Inletkeeper to advance their interests in protecting Cook Inlet. Members include Alaskans from many walks of life, including commercial fishermen, sport fishermen, Alaska Natives, property owners, hunters, scientists, ecologists, and subsistence users. Cook Inletkeeper's members use Cook Inlet for economic, recreational, aesthetic, professional, scientific, subsistence, and other purposes and intend to continue to frequently engage in these activities and to use and enjoy Cook Inlet and its wildlife in the future.

7. In pursuit of its ambitious mission, Cook Inletkeeper engages in a variety of research, education and advocacy activities designed to inform and support its more than 8,000 members and supporters around the Cook Inlet watershed and beyond.

8. Since its inception, Cook Inletkeeper has worked to protect the Cook Inlet Beluga whale population in a variety of ways, including but not limited to: producing education posters and flyers, writing newsletter articles and blog posts, encouraging citizen participation and commenting on and sometimes challenging projects that would adversely affect the whales' critical habitat area.

9. In 1997, Cook Inletkeeper worked with the National Marine Fisheries Service and other partners to start the first citizen-based science project to attempt to count and identify Beluga whales in Cook Inlet.

10. In 1999, Cook Inletkeeper and its partners successfully challenged a state oil and gas lease in Cook Inlet, resulting in the deletion of over 650,000 acres of tracts from oil and gas surface entry into order to protect important Beluga whale habitat.

11. In 2006, Cook Inletkeeper joined the Center for Biological Diversity and other partners to successfully petition the National Marine Fisheries Service to list the Cook Inlet Beluga whale as endangered under the Endangered Species Act.

12. Over the past 24 years, Cook Inletkeeper has researched and commented on the impacts of seismic testing for oil and gas deposits in Cook Inlet, and analyzed studies worldwide on the impacts of seismic testing on marine mammals, fish and invertebrates. Cook Inletkeeper commented on the National Marine Fisheries Service's proposed rule to allow Hilcorp to take marine mammals incidental to its oil and gas operations in the Inlet, attended community meetings on the activities and worked to raise public awareness of the issue through publications on its website, communications to members and in the media.

13. Cook Inlet is one of the birthplaces of modern oil and gas production. In 1957, before the passage of federal environmental statutes, oil was discovered in the area, and oil extraction operations quickly moved offshore. The area continues to be a regulatory backwater where development receives much less scrutiny than elsewhere. The combination of an abundance of extractive activities, a lack of regulatory oversight, and harsh ice, weather and tidal conditions in the Inlet puts the area at very high risk for oil spills and other harms from oil and gas activity. For example, in 2017 one of Hilcorp's pipelines in the Inlet started leaking gas into the water below the ice. Hilcorp was unable to repair the pipeline for months because of ice and other conditions, and the leak ultimately lasted for almost four months.

14. Cook Inletkeeper is the only organization with a strong focus on oil and gas production in south-central Alaska, where active oil and gas exploration, development and production occur. Many of our members fear that seismic airgun blasting and other increased noise pollution from Hilcorp's activities, like heavy ship traffic and pile driving, will increase damage to the Inlet's numerous important wildlife resources.

15. The National Marine Fisheries Service's failure to properly study and mitigate the impacts of noise pollution on Cook Inlet beluga whales, humpback whales, other marine mammals, and their prey harms Cook Inletkeeper's members by increasing the risks to the whales, halibut, salmon, Pacific cod and other natural resources which they study, enjoy, use and depend on. The agency's failure properly study and disclose the risks of the activities also deprives our members of information to which they'd otherwise be entitled, such as a true accounting of the cumulative impacts through a comprehensive environmental impact statement.

16. I am also a member of Cook Inletkeeper. Personally, I enjoy recreating in the waters of Cook Inlet. I regularly go kayaking, fishing and boating in the Inlet, and walk along its shores. When out on the water or walking on the shore, I look for Cook Inlet beluga whales, humpback whales, gray whales, orcas, seals, otters, shorebirds and seabirds, including murres who can dive up to 600 feet for their food. I thoroughly enjoy these activities and intend to continue to regularly engage in them in the future.

17. I've seen beluga whales dozens of times, sometimes from private and commercial aircraft, but more often while driving along Turnagain Arm. I've seen pods

as large as 50 animals off the mouth of the Susitna River, and other concentrated groups feeding near the Beluga River, Kinik Arm, and the Kenai River.

18. Seeing large seismic ships and oil rigs in Cook Inlet lessens my enjoyment of the area, especially when I think of the accidents, pollution and other harms that loosely regulated oil and gas activities in the Inlet can cause. In addition to the hulking mass of the seismic vessels nearshore and offshore, I have heard hydrophone recordings of the seismic blasts, which seem deafening even at long distances.

19. I know that many scientists thought the beluga whales would bounce back quickly after the moratorium on hunting, but that this has not been the case. As of January 2020, the National Marine Fisheries Service estimated that the number of beluga whales in Cook Inlet is around 279, a market decrease from their last estimate in 2016 estimating 293 animals; and the agency says they're now declining at a steep rate.

20. I also know from my work that the Cook Inlet beluga whale is particularly susceptible to underwater noise in an area replete with high vessel activity, oil and gas exploration and development, and other activities. I know from my reading of scientific articles that loud underwater noises can cause permanent or temporary hearing loss in the whales, inhibiting them from echolocating to find one another and food, and undermining their ability to mate and care for their young.

21. I am concerned that the seismic surveys, increased noise from tugboats and ships, increased water pollution, and increased risk of oil spills from Hilcorp's activities in the Inlet will make it less likely to be able to see Cook Inlet belugas in the future. I am concerned that the increased noise pollution from Hilcorp's activities will add to the

chronic stress belugas experience, making it less likely the species will recover and in fact will push them even closer to extinction. I fear that even those impacts the National Marine Fisheries Service dismisses as minor, actually have significant impacts for this struggling population. Bombarding the whales with round-the-clock noise from Hilcorp's activities is just one more insult to pile on the "death by a thousand cuts" phenomena.

22. I am also concerned that increased seismic activity and water pollution will harm salmon and the other fish belugas depend on for their survival. The less fish there are for the belugas to eat, the harder their chances of recovery become. Scientific research shows the loud noise and pounding percussions from seismic blasting can kill zooplankton, the very root of our marine food chains, which could have ripple effects up the food chain.

23. I am also concerned about Hilcorp's activities in the Inlet given its documented history of not complying with regulations in Alaska, so much so that the Alaska Oil and Gas Conservation Commission stated in an enforcement order that "the disregard for regulatory compliance is endemic to Hilcorp's approach to its Alaska operations."

24. The agency approved these activities without sufficiently studying the risks, essentially playing Russian roulette with the fisheries and marine systems that sustain us, economically, socially and culturally.

25. Both mine and Cook Inletkeeper's and its members' numerous interests in the protection of the Inlet, Cook Inlet beluga whales, salmon and other wildlife are threatened by the National Marine Fisheries Service's rule allowing Hilcorp to conduct

seismic surveys, pile driving, oil drilling, and other activities in this important environment. If the agency had done a better job of analyzing the science and cumulative impacts as required by law, it could have implemented additional mitigation measures to reduce impacts to these species, or not allowed any take to occur at all. Success in this lawsuit will better protect the Center's and its members' interests.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of July 2020 at Homer, Alaska.

*[signature]*