Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Hilcorp Alaska, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce, *et al.*,<br><br>Defendants,<br><br>HILCORP ALASKA, LLC, and STATE OF ALASKA,<br><br>Intervenor-Defendants. | No.: 3:19-cv-00238-SLG |

**STIPULATED MOTION FOR REVISED SCHEDULING ORDER**

The parties—Plaintiffs Cook Inletkeeper and Center for Biological Diversity; Federal Defendants Wilbur Ross and James Balsiger, in their official capacities, and the National Marine Fisheries Service; and Intervenor-Defendants Hilcorp Alaska, LLC and

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG                    1

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
Main (206) 624-0900 Fax (206) 386-7500

the State of Alaska—hereby jointly submit this motion respectfully requesting that the Court revise the Administrative Appeal Scheduling Order (Dkt. 29), as amended on December 23, 2019 (Dkt. 39) and February 24, 2020 (Dkt. 43). In support of this request the parties state as follows:

1.    On June 12, 2020, the Court granted Plaintiffs' unopposed motion for leave to file a supplemental complaint, and Plaintiffs filed their supplemental complaint on June 15, 2020.

2.    Intervenor-Defendant Hilcorp Alaska, LLC filed an answer to Plaintiffs' supplemental complaint on June 23, 2020. Federal Defendants filed an answer to Plaintiffs' supplemental complaint on June 26, 2020. Intervenor-Defendant State of Alaska filed an answer to Plaintiffs' supplemental complaint on June 29, 2020.

3.    On June 30, 2020, the parties filed a joint status report.

4.    On July 6, 2020, Federal Defendants lodged the Supplemental Administrative Record.

5.    On July 27, 2020, Plaintiffs filed their motion for summary judgment, memorandum in support, and associated documents.

6.    Under the Administrative Appeal Scheduling Order, as amended, the remaining deadlines for summary judgment briefing are governed by Local Rule 16.3. Under Local Rule 16.3, the Federal Defendants and Intervenor-Defendants' summary judgment response briefs are currently due on August 26, 2020, and the Plaintiffs' summary judgment reply brief is due 14 days after the response briefs are filed.

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG                2

7. Through email correspondence occurring between July 24 and July 29, 2020, the parties have agreed to (i) a 30-day extension of the Federal Defendants and Intervenor-Defendants' summary judgment opposition response deadline to September 25, 2020 and (ii) a 7-day extension of Plaintiffs' summary judgment reply brief deadline (*i.e.*, 21 days after the response briefs are filed). These deadlines are necessary to accommodate competing deadlines in other matters for the parties' counsel and out-of-office commitments by the parties' counsel and clients.

8. Under this stipulated proposal, the case deadlines would be modified as follows:

A. Federal Defendants' opposition brief due September 25, 2020.

B. Intervenor-Defendants' (Hilcorp and State of Alaska) opposition briefs due September 25, 2020.

C. Plaintiffs' reply brief due October 16, 2020.

D. The provisions of the Administrative Appeal Scheduling Order, as amended, will apply in all other respects.

Accordingly, the parties respectfully request that the Court grant the motion and enter the accompanying proposed revised scheduling order modifying the case deadlines as described above.

Dated this 31st day of July, 2020.

Respectfully submitted,

/s/ *James C. Feldman*
RYAN P. STEEN (AK Bar No. 0912084)
JASON T. MORGAN (AK Bar No. 1602010)
JAMES C. FELDMAN (AK Bar No. 1702003)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Ryan.Steen@stoel.com
Jason.Morgan@stoel.com
James.Feldman@stoel.com
Telephone: 206.624.0900
Fax: 206.386.7500

*Attorneys for Intervenor-Defendant Hilcorp Alaska, LLC*


JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239
Fax: (202) 305-0506

/s/ *John H. Martin (with permission)*
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG                   4

STOEL RIVES LLP
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

Tel: (303) 844-1383
Fax: (303) 844-1350

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*


/s/ *Julie Teel Simmonds (with permission)*
KASSIA SIEGEL (AK Bar # 0106044)
JULIE TEEL SIMMONDS (Pro Hac Vice)
KRISTEN MONSELL (Pro Hac Vice)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org
Tel: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

KEVIN G. CLARKSON
ATTORNEY GENERAL

/s/ *Cheryl Brooking (with permission)*
Cheryl Rawls Brooking (Alaska Bar No. 9211069)
Senior Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG        5

Anchorage, AK 99501
Telephone: 907-269-5232
Facsimile: 907-276-3697
Email: cheryl.brooking@alaska.gov

*Attorney for Intervenor-Defendant the State of Alaska*

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG                6

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: July 31, 2020

                                        */s/ James C. Feldman*
                                        James C. Feldman

*Cook Inletkeeper v. Ross*
No. 3:19-cv-00238-SLG