# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>WILBUR ROSS, Secretary of Commerce, *et al.*,<br><br>　　　Defendants,<br><br>　　and<br><br>HILCORP ALASKA, LLC, *et al.,*<br><br>　　　Intervenor-Defendants. | Case No. 3:19-cv-00238-SLG |

### **ORDER RE STIPULATED MOTION FOR REVISED SCHEDULING ORDER**

Before the Court at Docket 56 is the Parties' Stipulated Motion for Revised Scheduling Order. It is hereby ORDERED that the Motion is **GRANTED** and the Administrative Appeal Scheduling Order is amended as follows:

A. Federal Defendants' opposition brief is due October 9, 2020;

B. Intervenor-Defendants' opposition briefs are due October 9, 2020;

C. Plaintiffs' Reply brief is due October 30, 2020; and

D. The provisions of the Administrative Appeal Scheduling Order at Docket 29, as amended, will apply in all other respects.

DATED this 28th day of September, 2020 at Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE