CLYDE "ED" SNIFFEN
ACTING ATTORNEY GENERAL

Aaron C. Peterson (Alaska Bar No. 1011087)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *aaron.peterson@alaska.gov*

Attorneys for the State of Alaska

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, v. <br><br> WILBUR ROSS, Secretary of Commerce: JAMES BALSINGER, Regional Administrator of National Marine Fisheries Service: NATIONAL MARINE FISHERIES SERVICE,, <br><br> Defendants. | Case No. 3:19-cv-00238-SLG |

### ENTRY OF APPEARANCE OF AARON C. PETERSON

Please take notice that Aaron C. Peterson enters his appearance as counsel of record in the above-captioned matter. Copies of all pleadings, documents and correspondence related to the above-captioned case should be directed to:

Aaron C. Peterson (Alaska Bar No. 1011087)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-5232
Facsimile: (907) 276-3697
Email: *aaron.peterson@alaska.gov*

DATED September 28, 2020.

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

By:   /s/Aaron C. Peterson
Aaron C. Peterson
Assistant Attorney General
Alaska Bar No. 1011087

Attorneys for the State of Alaska

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Entry of Appearance of Aaron C. Peterson** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.:3:19-cv-00238-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED September 28, 2020.

/s/ Suzanne N. Marsh
Suzanne N. Marsh
Law Office Assistant I

*Cook Inletkeeper, et al., v. Ross, et al.*       Case No. 3:19-cv-00238-SLG
Entry of Appearance of Aaron C. Peterson       Page 2 of 2
Case 3:19-cv-00238-SLG   Document 58   Filed 09/28/20   Page 2 of 2