CLYDE "ED" SNIFFEN
ACTING ATTORNEY GENERAL

Jeffrey G. Pickett (Alaska Bar No. 9906022)
Office of the Attorney General
Alaska Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK  99501
Telephone:  (907) 269-5275
Facsimile:  (907) 279-8644
Email: *jeff.pickett@alaska.gov*

Attorneys for the State of Alaska

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, v. <br><br> WILBUR ROSS, Secretary of Commerce: JAMES BALSINGER, Regional Administrator of National Marine Fisheries Service: NATIONAL MARINE FISHERIES SERVICE,, <br><br> Defendants. | Case No. 3:19-cv-00238-SLG |

## NOTICE OF APPEARANCE OF COUNSEL

Jeffrey Pickett gives notice of his appearance as counsel for Defendant-Intervenor State of Alaska in the above-captioned matter.

//

DATED September 28, 2020.

        CLYDE "ED" SNIFFEN
        ACTING ATTORNEY GENERAL

By:   s/Jeffrey G. Pickett
      Jeffrey G. Pickett
      Assistant Attorney General
      Alaska Bar No. 9906022
      Department of Law
      1031 W. 4th Ave., Suite 200
      Anchorage, AK 99501
      Tel: (907) 269-5275
      Fax: (907) 279-3697
      Email: *jeff.pickett@alaska.gov*

Attorney for the State of Alaska

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **Notice of Appearance of Counsel** was filed with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No.:3:19-cv-00238-SLG who are registered CM/ECF users will be served by the CM/ECF system.

DATED September 28, 2020.

        /s/ Suzanne N. Marsh
        Suzanne N. Marsh
        Law Office Assistant I