Ryan P. Steen (Bar No. 0912084)
ryan.steen@stoel.com
Jason T. Morgan (Bar No. 1602010)
jason.morgan@stoel.com
James C. Feldman (Bar No. 1702003)
james.feldman@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
Facsimile: 206.386.7500

*Attorneys for Hilcorp Alaska, LLC*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>WILBUR ROSS, Secretary of Commerce, *et al.*,<br><br>Defendants,<br><br>HILCORP ALASKA, LLC, and STATE OF ALASKA,<br><br>Intervenor-Defendants. | No.: 3:19-cv-00238-SLG |

**NOTICE OF CONVENTIONAL FILING OF JOINT APPENDIX**

Pursuant to Local Civil Rule 7.3(c) and Local Civil Rule 16.3(b)(1)(B), the parties hereby notify the Court of the conventional filing of the Joint Appendix containing documents that are cited or otherwise relied upon by the parties in their respective briefs.

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG        1

The parties will lodge the conventionally filed materials on USB flash drives with the Clerk of Court and a courtesy copy will be provided for Chambers. A Table of Contents for the documents included in the Joint Appendix is attached hereto.

Dated this 12th day of November, 2020.

Respectfully submitted,

/s/ *James C. Feldman*
RYAN P. STEEN (AK Bar No. 0912084)
JASON T. MORGAN (AK Bar No. 1602010)
JAMES C. FELDMAN (AK Bar No. 1702003)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Ryan.Steen@stoel.com
Jason.Morgan@stoel.com
James.Feldman@stoel.com
Telephone: 206.624.0900
Fax: 206.386.7500

*Attorneys for Intervenor-Defendant Hilcorp Alaska, LLC*

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG         2

Fax: (202) 305-0506

/s/ John H. Martin (with permission)
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*


/s/ Kristen Monsell (with permission)
KASSIA SIEGEL (AK Bar # 0106044)
JULIE TEEL SIMMONDS (Pro Hac Vice)
KRISTEN MONSELL (Pro Hac Vice)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org
Tel: (510) 844-7100
Fax: (510) 844-7150

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG     3

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

/s/ *Aaron C. Peterson (with permission)*
Aaron C. Peterson (AK Bar No. 1011087)
Jeffrey G. Pickett (AK Bar No. 9906022)
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: 907-269-5275
Facsimile: 907-276-3697
Email: aaron.peterson@alaska.gov

*Attorney for Intervenor-Defendant State of Alaska*

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG     4

Case 3:19-cv-00238-SLG   Document 68   Filed 11/12/20   Page 4 of 5

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: November 12, 2020

>   */s/ James C. Feldman*
>   James C. Feldman

108681673.1 0066502-00011

**STOEL RIVES LLP**
600 University Street, Suite 3600, Seattle, WA 98101
*Main (206) 624-0900 Fax (206) 386-7500*

*Cook Inletkeeper v. Ross*
No. 3:19-cv-00238-SLG