UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Cook Inletkeeper et al. v. Wilbur Ross et al.
Case No. 3:19-cv-00238-SLG

JOINT APPENDIX TABLE OF CONTENTS

| Tab | Record Citation | Document |
|---|---|---|
| 1 | AKR1001382–1521 | Biological Opinion for Furie Offshore Oil and Gas Exploration Drilling in the Kitchen Lights Unit of Cook Inlet, Alaska, 2017–2021 |
| 2 | AKR1004652–4912 | Biological Opinion for Hilcorp Alaska and Harvest Alaska Oil and Gas Activities, Cook Inlet, Alaska[1] |
| 3 | AKR3000000–12 | Ridgway et al. 2001 |
| 4 | AKR3003468–471 | Blane et al., The Impact of Ecotourism Boats on the St. Lawrence Beluga Whales |
| 5 | AKR3008142–8284 | Biological Opinion for Incidental Take Authorization; SAExploration, Inc., 2015 |
| 6 | AKR3008895–9178 | Recovery Plan for the Cook Inlet Beluga Whale[2] |
| 7 | AKR3011797–1824 | Stewart 2012 |
| 8 | AKR3014188–4213 | Castellote et al. 2019 |
| 9 | AKR3020825–833 | Nowacek et al. 2015 |

---

[1] The Administrative Record contains multiple copies of this document. Because different parties cited to different copies both are included in the Joint Appendix for the Court's convenience. *See* Tab 13.

[2] The Administrative Record contains multiple copies of this document. Because different parties cited to different copies both are included in the Joint Appendix for the Court's convenience. *See* Tab 16.

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG          1

| Tab | Record Citation | Document |
|---|---|---|
| 10 | PR1_CORR 000721–724 | Hilcorp Alaska NMFS ITR Petition Project Overview Meeting May 25, 2018 |
| 11 | PR1_CORR 001886–1902 | Hilcorp Cook Inlet ITR Mitigation Measures |
| 12 | PR1_CORR 004351–52 | SSV Analysis Update |
| 13 | PR1_ESA 000003–263 | Biological Opinion for Hilcorp Alaska and Harvest Alaska Oil and Gas Activities, Cook Inlet, Alaska |
| 14 | PR1_KeyRef 000011–19 | Bejder et al. 2009 |
| 15 | PR1_KeyRef 000343–355 | Goetz et al. 2012 |
| 16 | PR1_KeyRef 003121–3404 | Recovery Plan for the Cook Inlet Beluga Whale |
| 17 | PR1_MMPA 000776–800 | Marine Mammal Monitoring and Mitigation Plan |
| 18 | PR1_MMPA 000961–975 | CBD Comments on Proposed Rule |
| 19 | PR1_MMPA 001368–1533 | Petition for Incidental Take Regulations |
| 20 | PR1_MMPA 001784–797 | Marine Mammal Commission Comments |
| 21 | PR1_MMPA 001867–877 | Hilcorp Year 1 LOA |
| 22 | PR1_MMPA 002252–2316 | Final Rule |
| 23 | PR1_MMPA 002317–2448 | Request for Letter of Authorization (Year 1) |
| 24 | PR1_MMPA 002456–466 | Letter of Authorization (Year 1) |
| 25 | PR1_MMPA 002467–470 | Issuance of Modified Letter of Authorization |
| 26 | PR1_MMPA 002543–558 | CBD Comments on Petition for Incidental Take Authorization |

*Cook Inletkeeper v. Ross*
Case No. 3:19-cv-00238-SLG        2

| Tab | Record Citation | Document |
|---|---|---|
| 27 | PR1_MMPA 002559–561 | Cook Inletkeeper Comments on Petition for Incidental Take Authorization |
| 28 | PR1_NEPA 000107–117 | Finding of No Significant Impact |
| 29 | PR1_NEPA 000044–106 | Environmental Assessment |
| 30 | JOINTSUPP100000–02 | Consideration of Revised Abundance Estimates of Cook Inlet Beluga Whales – DECISION MEMORANDUM |
| 31 | JOINTSUPP100003–04 | Reaffirming the FONSI in Consideration of Revised Abundance Estimates of Cook Inlet Beluga Whales – DECISION MEMORANDUM |
| 32 | JOINTSUPP100005 | Consideration of New Cook Inlet Beluga Information Regarding Consultation under Section 7 of the ESA |
| 33 | JOINTSUPP100006–09 | Analysis of Potential Reinitiation of Section 7 Consultation in Light of New Information on Cook Inlet Beluga Whales |
| 34 | JOINTSUPP100011 | NMFS Response to CBD 60-day Notice |
| 35 | JOINTSUPP100012–128 | CBD 60-day Notice of Intent to Sue |
| 36 | JOINTSUPP100129–235 | Aerial Surveys, Distribution, Abundance and Trend of Belugas in Cook Inlet, Alaska |
| 37 | JOINTSUPP100237–474 | 2019 Hilcorp Alaska Lower Cook Inlet Seismic Survey Marine Mammal Monitoring & Mitigation Program Final Report |
| 38 | JOINTSUPP200000–165 | CBD Comments on Proposed Modification of Letter of Authorization |
| 39 | JOINTSUPP200166–177 | Mooney et al. 2018 |

| Tab | Record Citation | Document |
|---|---|---|
| **40** | JOINTSUPP200179–569 | Muto et al. 2018 |
| **41** | JOINTSUPP200879–896 | Species in the Spotlight Cook Inlet Beluga Whale |