# UNITED STATES DISTRICT COURT
for the
District of Alaska

| COOK INLETKEEPER, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:19-cv-00238-SLG |
| GINA RAIMONDO, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Incidental Take Regulations, Biological Opinion, and Environmental Assessment/Findings of No Significant Impact are:
- Vacated as to Hilcorp's use of tugs towing a drill rig in connection with exploratory well drilling;
- Remanded without vacatur as to production drilling in 2021 at the Tyonek Platform, provided that the drill rig is towed a distance of no more than one mile to the platform from the well being decommissioned;
- Vacated as to Hilcorp's use of tugs towing the drill rid in connection with all other production well drilling; and
- Remanded without vacatur as to all other Hilcorp activities governed by the ITR.

IT IS FURTHER ORDERED THAT Hilcorp shall implement all of the mitigation measures outlined in its opening brief while engaging in well plugging and abandonment in the North Cook Inlet Unit authorized in the Year 3 Letter of Authorization and while engaging in production drilling at the Tyonek Platform.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

**Brian D. Karth**
Date: May 27, 2021　　　　　　　　　　　　　　　　　　　　　　　　　Brian D. Karth
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*