Kassia Siegel (AK Bar # 0106044)
Julie Teel Simmonds (*Pro Hac Vice*)
Kristen Monsell (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COOK INLETKEEPER, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> GINA RAIMONDO, *et al.*, <br><br> *Defendants*, <br><br> and <br><br> HILCORP ALASKA, LLC, *et al.*, <br><br> *Intervenor-Defendants.* | Civil Action No. 3:19-cv-00238-SLG |

**STIPULATION TO STAY BRIEFING ON PLAINTIFFS'
APPLICATION FOR ATTORNEYS' FEES AND COSTS**

On August 25, 2021, Plaintiffs Cook Inletkeeper and Center for Biological Diversity ("Plaintiffs") filed an application for attorneys' fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), Fed. R. Civ. P. 54(d)(2)(A) & (B), and Local Rule 54.2. The filing of Plaintiffs' application is tied to the Court's March 30, 2021 order granting partial summary judgment to Plaintiffs, Dkt. No. 73, and the Court's subsequent order on remedy and entry of judgment. Dkt. Nos. 85, 86. The filing of the application corresponds to the 30-day deadline from final judgment for filing fee applications established by EAJA. 28 U.S.C. § 2412(d)(1)(B).

Plaintiffs and Federal Defendants are currently engaged in settlement discussions regarding Plaintiffs' claim for attorneys' fees and costs. However, because the Ninth Circuit has suggested the EAJA's 30-day deadline is jurisdictional, *Columbia Manufacturing Corp. v. N.L.R.B.*, 715 F.2d 1409, 1410 (9th Cir. 1983), Plaintiffs have filed their application within the statutory deadline to preserve their right to fees and costs, though the Parties wish to pursue further settlement negotiations before involving the Court.

Therefore, notwithstanding the filing of Plaintiffs' application for fees and costs, Plaintiffs and Federal Defendants wish to stay briefing on Plaintiffs' application to allow Plaintiffs and Federal Defendants to continue to explore a negotiated resolution to the issue of costs and fees. If settlement is unsuccessful, Plaintiffs will file further briefing in support of their fee request. By joining this stipulation, Federal Defendants do not waive any objection or defense they may have to Plaintiffs' claim for attorneys' fees.

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG

1

Considerations of judicial economy weigh in favor of granting the stay because it would allow Plaintiffs and Federal Defendants to reach a resolution without burdening the Court, thereby conserving judicial resources. *See Hoeun Yong v. Immigration and Naturalization Serv.*, 208 F.3d 1116, 1120–21 (9th Cir. 2000) (stating that "considerations of judicial economy" should be weighed by the Court when deciding whether to grant a stay); *see also United Cook Inlet Drift Ass'n & Cook Inlet Fishermen's Fund v. Nat'l Marine Fisheries Serv.*, No. 3:13-cv-00104-TMB, 2018 U.S. Dist. LEXIS 235241, at *2 (D. Alaska Sept. 10, 2018) (describing prior order granting motion to stay the plaintiffs' application for fees under EAJA to allow time for settlement negotiations); *Idaho Rivers United v. Pearce*, No. 3:16-cv-00102-CWD, 2017 U.S. Dist. LEXIS 224972, at *4–5 (D. Idaho July 21, 2017) (same).

Plaintiffs and Federal Defendants therefore respectfully request the Court to stay briefing on Plaintiffs' application for fees and costs for 90 days until November 23, 2021, at which time Plaintiffs and Federal Defendants will advise the Court on the status of their settlement discussions. If no agreement appears forthcoming, Plaintiffs and Federal Defendants will submit a proposed schedule for briefing the fee application.

Because Plaintiffs would limit any fees request to Federal Defendants, Intervenor-Defendants Hilcorp Alaska LLC and the State of Alaska do not have an interest in this matter.

A proposed order granting this stipulation is attached hereto.

Respectfully submitted this 25th day of August, 2021,

/s/ *Kristen Monsell*
KASSIA SIEGEL (AK Bar # 0106044)
JULIE TEEL SIMMONDS (Pro Hac Vice)
KRISTEN MONSELL (Pro Hac Vice)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239
Fax: (202) 305-0506

/s/ *John H. Martin*
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney
United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG

3

222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.


Dated: August 25, 2021                                         /s/ *Kristen Monsell*
                                                                Kristen Monsell

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG