Kassia Siegel (AK Bar # 0106044)
Julie Teel Simmonds (*Pro Hac Vice*)
Kristen Monsell (*Pro Hac Vice*)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
T: (510) 844-7100
F: (510) 844-7150
E: ksiegel@biologicaldiversity.org
kmonsell@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org

*Attorneys for Plaintiffs Cook Inletkeeper and Center for Biological Diversity*

*Additional counsel on signature page*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

COOK INLETKEEPER, *et al.*,

    *Plaintiffs*,

v.

GINA RAIMONDO, *et al.*,

    *Defendants*,

and

HILCORP ALASKA, LLC, *et al.*,

    *Intervenor-Defendants.*

Civil Action No. 3:19-cv-00238-SLG

**STIPULATED SETTLEMENT AGREEMENT TO RESOLVE PLAINTIFFS' CLAIM FOR ATTORNEYS' FEES AND COSTS**

By and through their respective counsel, Plaintiffs Center for Biological Diversity and Cook Inletkeeper ("Plaintiffs") and Federal Defendants Gina Raimondo, U.S. Secretary of Commerce, *et al.* ("Federal Defendants") hereby agree to resolve the issue of attorneys' fees and costs in the civil action captioned *Center for Biological Diversity, et al. v. Gina Raimondo, et al.*, Civil Action No. 3:19-cv-00238-SLG (the "Lawsuit"), as set forth in the following Stipulated Settlement Agreement (the "Agreement").

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Federal Defendants, through their respective counsel:

1. Federal Defendants agree to pay and Plaintiffs agree to accept a total lump sum payment of one hundred and twenty-four thousand, three hundred dollars ($124,300.00) in full satisfaction of any and all claims for attorneys' fees and costs incurred in this litigation pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), and/or any other statute and/or common law theory, through and including the effective date of this Agreement.

2. Federal Defendants shall make the payment set forth in Paragraph 1 by electronic funds transfer to the Center for Biological Diversity. Counsel for Plaintiffs will provide Federal Defendants' counsel the appropriate account number and other information needed to facilitate payment. Federal Defendants shall submit the necessary paperwork for the payment within twenty-eight (28) days after the Court's approval of this Agreement or the receipt of the information necessary to effectuate payment, whichever is later.

3. In acknowledgment of and in exchange for the promises and other consideration contained in this Agreement and the payment of $124,300.00 by Federal Defendants to Plaintiffs, Plaintiffs hereby release Federal Defendants and all past, present, and future officers, agents, representatives, and employees of the United States Department of Commerce from any and all claims and causes of action whatsoever that

Plaintiffs ever had, now have, or hereafter may have for attorneys' fees and costs related to the Lawsuit or to this Agreement.

4. This Agreement was negotiated in good faith and it constitutes a settlement of claims that were vigorously contested and disputed by the Parties. This Agreement does not constitute, and shall not be construed, as an admission or concession on the part of any party with respect to any fact, claim, or defense in this Lawsuit. Federal Defendants do not waive any defenses they may have concerning the fee claims settled under this Agreement and do not waive any right to contest fees claimed by Plaintiffs, or their counsel, including the hourly rate, in any future litigation. Further, this Agreement has no precedential value and shall not be used as evidence in any other attorneys' fees litigation.

5. No provision of this Agreement shall be interpreted as, or constitute, a commitment or requirement that Federal Defendants are obligated to spend funds exceeding those available or take any action in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

6. The Agreement contains all of the agreement between Plaintiffs and Federal Defendants, and is intended to be the final and sole agreement between them. Plaintiffs and Federal Defendants agree that any prior or contemporaneous representations or understanding not explicitly contained in this written Agreement, whether written or oral, are of no further legal or equitable force or effect.

7. Federal Defendants and Federal Defendants' counsel consent to Plaintiffs' counsel filing this Agreement bearing Federal Defendants' counsel's electronic signature.

8. The undersigned representatives of each party certify that they are fully authorized by the parties they represent to enter into this Agreement.

9. Accordingly, the Parties jointly and respectfully request the Court's approval of this Stipulation. A proposed Order is attached.

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG

2

IT IS HEREBY AGREED.

Dated: January 26, 2022.

/s/ Julie Teel Simmonds
KASSIA SIEGEL (AK Bar # 0106044)
JULIE TEEL SIMMONDS (Pro Hac Vice)
KRISTEN MONSELL (Pro Hac Vice)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
ksiegel@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
kmonsell@biologicaldiversity.org

*Attorneys for Plaintiffs*

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
EDWARD C. THOMAS
Trial Attorney, Natural Resources Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Edward.C.Thomas@usdoj.gov
Tel: (202) 305-0239
Fax: (202) 305-0506

/s/ John H. Martin
JOHN H. MARTIN (Colo. Bar 32667)
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
john.h.martin@usdoj.gov
Tel: (303) 844-1383
Fax: (303) 844-1350

*Of Counsel:*
JOHN FONSTAD
Assistant U.S. Attorney

United States Attorney's Office – District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

*Attorneys for Federal Defendants*

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG

4

## CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: January 26, 2022

>                    /s/ *Julie Teel Simmonds*
>                    Julie Teel Simmonds

*Cook Inletkeeper v. Raimondo*,
Case No. 3:19-cv-00238-SLG